IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) FRANCISCO JAVIER MINAYA<br>**2) JULIAN DE LEON JAVIER**<br>3) RAFAEL VINCENT REYES<br>Defendants | CRIMINAL 16-0433-02CCC |
|---|---|

**ORDER**

Having considered the Motion to Dismiss Counts 1 and 2 of the Indictment filed by defendant [2] Julián de León-Javier (**d.e. 27**), the United States' Response in Opposition (d.e. 28), and the Report and Recommendation issued by U.S. Magistrate-Judge Marcos E. López (**d.e. 39**), which remains unopposed, said Report and Recommendation is APPROVED and ADOPTED and the Motion to Dismiss is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on June 2, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge